IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES RANDALL,**<br>         **Plaintiff,**<br><br>v.<br><br>**CITY OF PHILADELPHIA LAW DEPARTMENT, JOHN MOUZON AND LEON MCKNIGHT,**<br>         **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 18-1541** |

# O R D E R

**AND NOW**, this 18th day of May, 2018, upon consideration of Defendants' Second Motion to Dismiss (ECF No. 6) and Plaintiff's Opposition Thereto (ECF No. 11), **IT IS ORDERED** that Defendants' motion is **GRANTED**. Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**